IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 107 | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MADISON CONCRETE CONSTRUCTION, Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY SGRILLO, Third-Party Defendant | : | NO. 22-3721 |

## ORDER

**AND NOW**, this 29th day of December, 2023, upon consideration of Defendant's Motion to Vacate Arbitration Award (Docket No. 11), Plaintiff's Motion to Strike Affirmative Defenses (Docket No. 16), and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Vacate Arbitration Award is **DENIED**;

2. Plaintiff's Motion to Strike Affirmative Defenses is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to Defendant's Affirmative Defenses 4-6 and those Affirmative Defenses are **STRICKEN**. The Motion is **DENIED** with respect to Defendant's Affirmative Defenses 1-3.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.